**Cal SHELTON et al. v. UNITED STATES of America.**

**No. 5633.**

Circuit Court of Appeals, Sixth Circuit.

June 27, 1930.

·Lovette, Berry & Easterly, of Greeneville, Tenn., for appellants.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Judgment of District Court affirmed by court order.

■

**Robert A. STRANAHAN v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 5503.**

Circuit Court of Appeals, Sixth Circuit.

June 27, 1930.

Marshall, Melhorn, Marlar & Martin, of Toledo, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Decree of Board of Tax Appeals affirmed under authority of opinion in Stranahan v. Commissioner (No. 5502) 42 F.(2d) 729.

■

**STROH BREWERY COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 5797.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 7, 1930.

H. A. Mihills, of Washington, D. C., for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for respondent.

■

**SUNSET LIGHTERAGE CORPORATION, Appellant, v. Joseph R. FERRY, Appellee.**

**No. 354.**

Circuit Court of Appeals, Second Circuit.

April 6, 1931.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

William F. Purdy, of New York City (John E. Purdy, of New York City, of counsel), for appellee.

Before L. HAND, SWAN and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.